UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TORI L. JONES (#432334)

VERSUS                                              CIVIL ACTION

WARDEN TIM WILKINSON, ET AL                         NUMBER 08-231-JJB-SCR

## RULING

This matter is before the court on petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner was convicted in Terrebonne Parish, Louisiana and is now confined in the Winn Correctional Center, Winnfield, Louisiana.

This court does not have jurisdiction over this claim because the petitioner was not convicted in this district nor is he incarcerated in this district. 28 U.S.C. §2241(d). Therefore;

IT IS ORDERED that this action be DISMISSED for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, April 23rd, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE